USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 8 2018

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

KATHLEEN SYPERT, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

GEFEN ACF LLC,

Defendant.

ORDER

18 Civ. 04336 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
August 28, 2018

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge